December 14, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

**GENETIC KEDMEOFF, LLC, JOY YOGA CENTER, LLC SOURCE STREET, LLC JEMSU (HOUSTON) LLC, JEMSU, LLC, MARIJUANA MARKETING GURUS, LLC AND KYROZEN, LLC, Appellants**

NO. 14-17-00826-CV             V.

**SIGNET INTERACTIVE, LLC KRISTEN BAKER, ASHKLEY MATHIS AND RYAN MATHIS, INDIVIDUALLY AND AS MEMBERS OF SIGNET INTERACTIVE, LLC, Appellees**

———————————————————

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 19, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Genetic Kedmeoff, LLC, Joy Yoga Center, LLC Source Street, LLC Jemsu (Houston) LLC, Jemsu, LLC, Marijuana Marketing Gurus, LLC and Kyrozen, LLC.

We further order this decision certified below for observance.